**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No:   05-64945 |
| RODNEY WILLIAM KING | |
| 5100 SCHOOLHOUSE RD | Judge:   C KATHRYN PRESTON |
| FRAZEYSBURG, OH  43822 | |

SSN(S):   XXX-XX-5832

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

| | |
|---|---|
| Dated:  November 24, 2009 | /s/ Frank M. Pees |
| | Frank M. Pees |
| | Chapter 13 Trustee |

| **Name and Address** | **Amount** |
|---|---|
| RODNEY WILLIAM KING | 3.10 |
| 5100 SCHOOLHOUSE RD | |
| FRAZEYSBURG, OH  43822 | |